# United States District Court

EASTERN DISTRICT OF WISCONSIN

TAVION WILLIAMS,

        Plaintiff,

    v.

CITY OF APPLETON,
JOHN OSTERMEIER,
AARON PYNENBERG,

        Defendants.

**JUDGMENT IN A CIVIL CASE**
Case No. 23-C-45

---

☒    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict

☐    **Decision by Court.**  This action came before the Court for consideration.

      **IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff takes nothing, and this case is dismissed.

Approved:   s/ William C. Griesbach
                WILLIAM C. GRIESBACH
                United States District Judge

Dated:   August 6, 2024

                GINA M. COLLETTI
                Clerk of Court

                s/ Lori Hanson
                (By) Deputy Clerk